IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND – BALTIMORE DIVISION

ALBERT SNYDER,

          Plaintiff,

      vs.                      Case No.  :06-cv-1389-RDB

                                              ENTERED
                                              RECEIVED

FRED W. PHELPS, SR.;
SHIRLEY L. PHELPS-ROPER;
REBEKAH A. PHELPS-DAVIS; and,
WESTBORO BAPTIST CHURCH, INC.,

          Defendants.

                                    S P 0 4 2007

                                  CLERK U.S. DISTRICT COURT
                                    DISTRICT OF MARYLAND

                                BY

## PROPOSED QUESTIONS FOR JURY QUESTIONAIRE
## SUBMITTED BY DEFENDANTS PHELPS-DAVIS & PHELPS-ROPER

Pursuant to the Court's scheduling order, pro se defendants Phelps-Davis and Phelps-Roper submit the attached proposed questions for a jury questionnaire, and request that the Court include these questions in a questionnaire to the jury to be answered prior to voir dire.

Respectfully submitted,

Rebekah A. Phelps-Davis
Pro Se Defendant
1216 Cambridge
Topeka, KS 66604
785.845.5938
785.233.0766 – fax
beshsncs@cox.net

&

Shirley L. Phelps-Roper
Pro Se Defendant
3640 Churchill Road
Topeka, KS 66604
785.640.6334
785.233.0766 - fax
beshsncs.@cox.net

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing filing was served on August 31, 2007, as follows:

Original + 2 copies, with 2-hole punch, by express mail, in sealed envelope, with notice of filing of sealed document, with return envelope, to:

U S District Court Clerk
101 W. Lombard Street, 4th Floor
Baltimore, MD 21201

Copy by regular mail to:

Mr. Sean E. Summers, Esq.
Mr. Paul W. Minnich, Esq.
Mr. Rees Griffiths, Esq.
Barley Snyder LLC
100 E Market St
PO Box 15012
York, PA 17401

Mr. Craig T. Trebilcock, Esq.
Shumaker Williams PC
135 N George St Ste 201
York PA 17401

Mr. Jonathan L. Katz, Esq.
1400 Spring St., Suite 410
Silver Spring, MD 20910


_____
Rebekah A. Phelps-Davis, Defendant Pro Se

_____
Shirley L. Phelps-Roper, Defendant Pro Se

*Snyder v. Westboro Baptist Church, Inc., et al.*
*Case No. 06-CV-1389*

JURY QUESTIONNAIRE

1   Do you believe unpopular speech is covered or protected by the First Amendment?

2.  Do you believe that speech you consider "hate speech" is protected under the First Amendment?

3   Do you believe people have the right to engage in speech that you consider offensive?

4.  Do you have views that you believe are not main stream?

5.  Do you believe speech that makes you very uncomfortable should be permitted?

6.  Have you ever protested the government, any branch, at any level?  Why and when?

7.  Have you ever engaged in a protest, demonstration or picket?  When, where and about what?

8.  Have you ever engaged in First Amendment speech or religious activity that was controversial?  What and when?

9.  Do you believe people have the right to engage in religious practices which are unpopular?

10. Do you practice a faith that is not main stream?

.   What is your opinion about whether God hates humans?

12. What is your opinion about whether God punishes people or nations for sin?

3.  What is your opinion about whether tragedies or catastrophes (such as 911, the collapsed bridge in Minnesota, hurricanes, floods, etc.) are caused by God?

4

14. Do you believe adultery is a sin?

15. How do you define adultery?

16. Have you ever committed adultery as you define it?

7. Do you believe churches should preach against sin?

18. Do you believe America is being punished for the sins of Americans?

19. Do you believe parents should teach their children to obey the Bible?

20. Do you believe in the Bible?

21. Do you take the Bible literally?

22. What is your opinion of people who take the Bible literally?

23. How would you rate your knowledge of the content of the Bible?

24. Do you believe people have the right to teach their children what they believe about the Bible and how to live according to the commandments of the Bible?

25. Do you believe that divorce is a sin?

26. Do you believe that divorce is allowed in the Bible under any circumstances?  When?

27. Have you ever been divorced?

28. What is your marital status?

29. Do you have any family member(s) who has/have been divorced?

30. Do you believe divorce is the equivalent of adultery?

31. Are you or have you ever been a member of the Roman Catholic Church?

32. What experience if any do you have with the Roman Catholic Church?

33. What knowledge do you have about the doctrines or practices of the Roman Catholic Church?

34. Have you seen media reports about priests of the Roman Catholic Church allegedly molesting young boys or girls?  What is your opinion about this issue?

35. Do you believe that people have the right to criticize the Roman Catholic Church?

36. Do you believe idolatry is a sin?

37. What is your definition of "idolatry?"

38. What are your views about the war in Iraq?

39. What are your views about the American troops in Iraq?

40. What are your views about the war in Afghanistan?

41. What are your views about the American troops in Afghanistan?

42. Do you believe people should be allowed to protest about the war, for or against?

43. Are you a member of the military?

44. Are you a member of the National Guard?

45. Have you been a member of the military in the past?

46. Have you been a member of the National Guard in the past?

47. Are you a veteran?

48. Do you have a member of your family or friend who is currently in the military?

49. Do you have a family member or friend who was in the past an active member of the military?

50. Do you have a family member or friend who is a veteran of war?

51. Do you have a family member or friend who is currently in the National Guard?

52. Do you have a family member or friend who was in the past an active member of the **National Guard?**

53. Do you believe people who die in a war are heroes, no matter how they lived?

54. Have you ever participated in a demonstration or protest about the war?

55. Have you attended the funeral of any soldier or veteran?  When?

56. Have you specifically attended the funeral of a soldier who died in Afghanistan or Iraq? **When?**

57. Have you ever participated in a demonstration or protest about "gay rights?"

58. Have you expressed a public opinion about "gay rights?"

59. **Are you gay?**

60. Do you have any family members or friends who are gay?

61. Do you believe the government should provide special protection or rights to **homosexuals?**

62. **Do you believe homosexuality is a sin?**

63. Do you believe churches should preach or teach against homosexuality?

64. **Do you** believe people have the right to publicly **condemn or disagree with homosexuality?**

65. What is your opinion about psychologists and psychiatrists?

66. Do you understand the difference between the education and training of a psychiatrist and a psychologist?

67. Do you believe that people can disagree with the psychiatric profession on religious grounds?

68. Have you ever heard of Westboro Baptist Church in Topeka, Kansas?  What is your view of that church?

69. Have you ever heard of Fred Phelps, a pastor in Topeka, Kansas?  What is your view of Pastor Phelps?

70. Have you heard of the picketers who protest outside of soldiers' funerals?  What is your view of those picketers?

71. Have you heard of Richard Bennett, either as a political candidate or judge?  What is your view of Richard Bennett?

72. Have you heard of Albert Snyder?  What is your view of Albert Snyder?

73. Have you heard of an organization called the Patriot Guard?  What is your view of the Patriot Guard?

74. Have you been involved in any legal proceeding as a party?  If so, what kind of case, what was your status, and what was the outcome?

75. Have you been involved in any legal proceeding as a witness?  What kind of case and what was your role?