# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**Albert Snyder**                                    *

          **Plaintiff**                    *

   v.                                                       Civil Action No. RDB-06-1389

                           *

**Fred W. Phelps, Sr., et al.**

                           *

          **Defendants**

                    *  *  *  *  *

## <u>ORDER</u>

Having heard oral arguments on October 15, 2007, for the reasons stated on the record, the Court:

(1)    **GRANTED** Plaintiff's Motion to Exclude a Portion of Professor Balmer's Expert Report (Docket No. 149);

(2)    **GRANTED** Plaintiff's Motion in Limine to Preclude Experts Who Have Not Produced an Expert Report (Docket No. 156);

(3)    **DENIED** Plaintiff's Motion in Limine to Preclude a "First Amendment Defense" (Docket No. 157);

(4)    **DECLARED MOOT** Plaintiff's Motion in Limine to Prevent Westboro Baptist Church, Inc. from Changing its Corporate Designee (Docket No. 160);

(5)    **DENIED** Plaintiff's Motion In Limine to Exclude References to Life Insurance and Benefits Received from the Military (Docket No. 161);

(6)    **GRANTED** Plaintiff's Motion in Limine to Limit the Number of Fact Witnesses the Defendants are Able to Present  (Docket No. 163);

(7)    **GRANTED IN PART AND DENIED IN PART** Defendants Rebekah A. Phelps-Davis and Shirley L. Phelps-Roper's Motion In Limine (Docket No. 164);

(8)    **DENIED** Plaintiff's Motion in Limine to Exclude any Evidence Concerning Plaintiff's "Court File" in his Divorce Action (Docket No. 166);

(9)    **GRANTED IN PART AND DENIED IN PART** Defendants Rebekah A. Phelps-Davis and Shirley L. Phelps-Roper's Motion for Summary Judgment (Docket No. 125), specifically granting the motion as to Counts I and III, and denying the motion as to Counts II, IV, and V; and

    (10)    **GRANTED IN PART AND DENIED IN PART** Defendants Fred W. Phelps, Sr., and Westboro Baptist Church, Inc.'s Motion for Summary Judgment (Docket No. 126), specifically granting the motion as to Counts I and III, and denying the motion as to Counts II, IV, and V.

It is so ORDERED this 16th day of October 2007.

/s/

_____

Richard D. Bennett
United States District Judge