IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Albert Snyder, | * |
| Plaintiff | * |
| v. | Civil Action No. RDB-06-1389 |
| | * |
| Fred W. Phelps, Sr., *et al.*, | |
| | * |
| Defendants | |

* * * * *

## ORDER

Having heard oral arguments on April 3, 2008, for the reasons stated on the record, it is HEREBY ORDERED this 7th day of April, 2008, that the Post-Trial Motion for Stay filed by Defendants Fred W. Phelps, Sr., and Westboro Baptist Church, Inc. (Paper No. 214) is GRANTED;

It is further HEREBY ORDERED, by agreement of the parties, that the Defendant Westboro Baptist Church, Inc. ("Westboro") pledge its property located at 3701 S.W. 12th Street in Topeka, Shawnee County, Kansas, to wit: "Orleans Street, West 42 feet of Lot 50, Devonshire Heights Subdivision #2, Topeka, Shawnee County, Kansas", as security for the granting of this stay pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, that Westboro not encumber said property with any further liens, encumbrances, mortgages, or indebtedness until further Order of this Court pending Westboro's appeal of the verdict and judgment in this case to the United States Court of Appeals for the Fourth Circuit;

It is further HEREBY ORDERED, by agreement of the parties, that the Defendant Fred W. Phelps, Sr., ("Phelps, Sr.") pledge his property located at 1414 S. Topeka Boulevard, Topeka, Shawnee County, Kansas, to wit: "Tract I: Lot 518, and the North 19 feet of Lot 520, (Block 15), Topeka Avenue, Joel Huntoons Addition to the City of Topeka, Shawnee County, Kansas, Tract

II: The South 6 feet of Lot 520, and all of Lot 522, (Block 15), Topeka Avenue, Joel Huntoons Addition to the City of Topeka, and a tract described as follows: Beginning at the Southwest corner of said Lot 522; thence East, along the South line thereof 162 feet to the Southeast corner thereof; thence South 13 feet to the South line of the North half of the Northwest Quarter of Section 6, Township 12 South, Range 16 East of the 6th PM; thence West, on said South line of said North Half of said Northwest Quarter, 162 feet to the East line of Topeka Avenue, thence North, on said East line, to the point of beginning, both in Shawnee County, Kansas", as security for the granting of this stay pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, that he not encumber said property with any further liens, encumbrances, mortgages, or indebtedness until further Order of this Court pending Phelps, Sr.'s appeal of the verdict and judgment in this case to the United States Court of Appeals for the Fourth Circuit;

It is further HEREBY ORDERED that Westboro and Phelps, Sr., forward the deeds to said properties to the Clerk of this Court to be held by the Clerk of this Court pending said appeals;

It is further HEREBY ORDERED that the Clerk of this Court send a certified copy of this Order to the Clerk of the United States District Court for the District of Kansas and the Register of Deeds at the Shawnee County District Court in Shawnee County, Kansas;

Finally, the Clerk of this Court shall transmit copies of this Order to counsel of record and the *pro se* Defendants.

/s/ _Richard D. Bennett_
Richard D. Bennett
United States District Judge