FILED: October 16, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 08-1026
(1:06-cv-01389-RDB)

_____

ALBERT SNYDER,

        Plaintiff - Appellee

v.

FRED W. PHELPS, Sr.; WESTBORO BAPTIST CHURCH, INCORPORATED; REBEKAH A. PHELPS-DAVIS; SHIRLEY L. PHELPS-ROPER,

        Defendants - Appellants

 and

JANE DOE; JOHN DOE, Jr.,

        Defendants

-------------------------------

THOMAS JEFFERSON CENTER FOR THE PROTECTION OF FREE EXPRESSION; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF MARYLAND,

        Amici Supporting Appellant

JEFFREY IRA SHULMAN,

        Amicus Supporting Appellee

_____

M A N D A T E

_____

The judgment of this Court, entered 9/24/09, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*