FILED: October 16, 2009

```
            UNITED STATES COURT OF APPEALS
                FOR THE FOURTH CIRCUIT
            _____

                    No. 08-1026
                 (1:06-cv-01389-RDB)
            _____
```

ALBERT SNYDER,

        Plaintiff - Appellee

v.

FRED W. PHELPS, Sr.; WESTBORO BAPTIST CHURCH, INCORPORATED; REBEKAH A. PHELPS-DAVIS; SHIRLEY L. PHELPS-ROPER,

        Defendants - Appellants

 and

JANE DOE; JOHN DOE, Jr.,

        Defendants

------------------------------

THOMAS JEFFERSON CENTER FOR THE PROTECTION OF FREE EXPRESSION; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF MARYLAND,

        Amici Supporting Appellant

JEFFREY IRA SHULMAN,

        Amicus Supporting Appellee

_____

O R D E R

_____

Costs for these proceedings are taxed and certified as follows for inclusion in this Court's mandate in accordance with Fed. R. App. P. 39(d):

| | |
|---|---|
| Docketing Fee: | $450.00 |
| Printing Costs: | $16,060.80 |
| **TOTAL COSTS AWARDED:** | **$16,510.80** |

For the Court--By Direction

/s/ Patricia S. Connor, Clerk