# Supreme Court of the United States

*No.* 09-751

**ALBERT SNYDER,**

Petitioner

v.

**FRED W. PHELPS, SR., ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF,** it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

March 2, 2011



A True Copy
Test:
William K. Suter
Clerk of the Supreme Court of the United States
By [signature]

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

April 4, 2011

Clerk
United States Court of Appeals
   for the Fourth Circuit
1100 East Main Street, Room 501
Richmond, Virginia  23219


Re:   Albert Snyder
        v. Fred W. Phelps, Sr., et al.
        No. 09-751  (Your docket No. 08-1026)

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.


Sincerely,

WILLIAM K. SUTER, Clerk

By *(signature)*

Elizabeth Brown
Judgments/Mandates Clerk


Enc.
cc:   Sean E. Summers, Esq.
       Margie J. Phelps, Esq.