**JON KATZ, P.C.**
ATTORNEY AT LAW
8720 Georgia Avenue
SUITE 703
SILVER SPRING, MD 20910
(301) 495-7755
Fax: (301) 585-7733
jon@katzjustice.com
www.katzjustice.com

JONATHAN L. KATZ
Admitted in MD, DC & VA

August 29, 2011

Honorable Richard D. Bennett
United States District Judge
U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201

Re:   Snyder v. Phelps, et al.; Case No. 06-CV-1389

Dear Judge Bennett:

In late 2009 (starting with docket entry 286), Defendants in the above-referenced civil action filed a Motion for Costs ("Motion").

The Defendants herein respectfully request a ruling on said motion, and ask to be informed if further information or briefing is required on said motion.

The Fourth Circuit Court of Appeals reversed the jury verdict in this case, in full, and discharged defendants on September 24, 2009, and then remanded the case back to this Court on October 16, 2009 (Dkt. Nos. 283, 284). *Snyder v. Phelps*, 580 F.3d 206 (4th Cir. 2009). Thereafter, also on October 16, 2009, the Fourth Circuit awarded costs in the amount of $16,510.80, which was to be included in this Court's order on costs (Dkt. No. 285). (Plaintiff objected to this award; on March 26, 2010, the Fourth Circuit denied the objections.) Thereafter, Defendants timely submitted their bills of costs, requests for costs, and detailed supporting affidavits and information/documentation, on October 30, 2009, and thereafter (with various briefings/replies) (Dkt. Nos. 286-293).

Meanwhile, plaintiff successfully petitioned the Supreme Court for *certiorari* review. On March 2, 2011, the Supreme Court affirmed the Fourth Circuit. *Snyder v. Phelps*, 131 S.Ct. 1207.

By at least May 6, 2011, the matter was fully remanded to the Court (see Dkt. No. 295). The governing rules appear to have allowed the Court to rule on the pending motion for costs at any time after remand from the Fourth Circuit on October 16, 2009, and certainly any time after the Supreme Court ruled on March 2, 2011. It appears from the Court's docket that your Honor has not yet ruled on this matter

Thank you for considering this request for a ruling on this costs matter.

Respectfully submitted,

Jonathan L. Katz

Shirley Phelps-Roper, *pro se*, 3640 Churchill Road, Topeka, KS 66604

Rebekah Phelps-Davis,, *pro se*, 1216 Cambridge, Topeka, KS 66604

cc   Sean Summers, Esq. (by e-mail)
     Craig Trebilcock, Esq. (by e-mail)